**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARTHA BAZA<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Defendant. | Civil Action No. 1:24-cv-00953 |

**SITPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by counsel and with the signature of counsel for Defendant, stipulates to the dismissal with prejudice of all claims in this matter only as to Defendant, NewRez, LLC d/b/a Shellpoint Mortgage Servicing, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court retains jurisdiction to enforce the settlement and the prior Orders in this case.

**WE ASKED FOR THIS**

Dated: January 24, 2025

By: _*/s/ Kristi C. Kelly*_____________
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*

By: __*/s/ Brian E. Pumphrey*________
Brian E. Pumphrey, VSB #47312
Juliet B. Clark, VSB #96918
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: bpumphrey@mcguirewoods.com
Email: jbclark@mcguirewoods.com
*Counsel for Defendant*